ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Virginia T. Hess (SBN 96231)
577 Salmar Avenue, Second Floor
Campbell, California  95008
Telephone:   (408) 341-0234
Facsimile:    (408) 341-0250
rhess@ahklaw.com
vhess@ahklaw.com

Attorneys for Plaintiff
W. KNIGHT FOSTER PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. KNIGHT FOSTER PARTNERSHIP,<br><br>                    Plaintiff,<br><br>v.<br><br>SARATOGA DATA SYSTEMS, INC.<br><br>                    Defendants. | CASE NO.:  16-cv-2406-MEJ<br><br><br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, W. Knight Foster Partnership, hereby notifies the Court and all parties of record that, in addition to the attorneys already representing W. Knight Foster Partnership, Randy M. Hess and Virginia T. Hess of Adleson, Hess & Kelly, 577 Salmar Avenue, Second Floor, Campbell, California will be appearing on its behalf in this matter.

Dated: May 18, 2016                              Respectfully submitted,

                                                                ADLESON, HESS & KELLY, APC

                                                                     /s/  Virginia T. Hess
                                                                By: _____
                                                                     Randy M. Hess, Esq.
                                                                     Virginia T. Hess, Esq.
                                                                     Attorneys for Plaintiff
                                                                     W. Knight Foster Partnership

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 16-cv-2406-MEJ                    NOTICE OF APPEARANCE                                         1