ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Virginia T. Hess (SBN 96231)
577 Salmar Avenue, Second Floor
Campbell, California  95008
Telephone:    (408) 341-0234
Facsimile:     (408) 341-0250
rhess@ahklaw.com
vhess@ahklaw.com

Attorneys for Plaintiff
W. KNIGHT FOSTER PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. KNIGHT FOSTER PARTNERSHIP,<br><br>            Plaintiff,<br><br>v.<br><br>SARATOGA DATA SYSTEMS, INC.<br><br>            Defendants. | CASE NO.:  3:16-cv-2406-PJH<br><br>**NOTICE TO BE REMOVED FROM COURT'S EFILING SERVICE LIST** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please remove Randy M. Hess of Adleson, Hess & Kelly, APC (rhess@ahklaw.com) from the Court's efiling service list.

Dated: June 7, 2016                          Respectfully submitted,

ADLESON, HESS & KELLY, APC

                         /s/ Randy M. Hess
By: _____
     Randy M. Hess, Esq.
     Virginia T. Hess, Esq.
     Attorneys for Plaintiff
     W. Knight Foster Partnership

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 3:16-cv-2406-PJH     NOTICE TO BE REMOVED FROM COURT'S EFILING SERVICE LIST     1