UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____
www.cand.uscourts.gov

Susan Y. Soong							General Court Number
Clerk of Court								510-637-3530

August 9, 2016


RE:16-cv-02406-PJH  W. Knight Foster Partnership v. Saratoga Data Systems, Inc.


Default is entered as to Saratoga Data Systems, Inc. on August 9, 2016.


					Susan Y. Soong, Clerk


					_____
					by:  Valerie Kyono
					Case Systems Administrator
					510-637-3537