Jeffrey S. Love, CA Bar No. 195068
jeffrey.love@klarquist.com
Kristin L. Cleveland, CA Bar No. 184639
kristin.cleveland@klarquist.com
J. Christopher Carraway, appearance *pro hac vice*
chris.carraway@klarquist.com
KLARQUIST SPARKMAN LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Tel: (503) 595-5300
Fax: (503) 595-5301

Virginia T. Hess, CA Bar No. 96231
vhess@ahklaw.com
ADLESON, HESS & KELLY, APC
577 Salmar Avenue, 2nd Floor
Campbell, CA 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

*Counsel for Plaintiff*
W. Knight Foster Partnership

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| W. KNIGHT FOSTER PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>SARATOGA DATA SYSTEMS,<br><br>Defendants. | Case No.: 4:16-cv-02406-PJH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Local Rule 6, Plaintiff and Defendant hereby stipulate to and request that the Court order a modification of the briefing schedule for Plaintiff's Motion For Preliminary Injunction (ECF Nos. 10-11) (the "Motion"), which was re-noticed for October 12, 2016 (ECF No. 40). Under the Court's local rules, Defendant's opposition brief would normally be due August 30, 2016, fourteen days after the re-noticing. Defendant has requested additional time to

respond to the motion, to which Plaintiff has agreed. Thus, the parties request the following schedule for the remaining briefs relating to the Motion:

- Defendant's Opposition Brief will be due September 6, 2016; and
- Plaintiff's Reply Brief will be due September 20, 2016.

Dated August 16, 2016                    Respectfully submitted,

By: */s/ Jeffrey S. Love*
Jeffrey S. Love
jeff.love@klarquist.com

*Counsel for Plaintiff*
W. Knight Foster Partnership


By: */s/ Brian Preston (w/ permission)*
Brian Preston
bp@brianprestonlaw.com

*Counsel for Defendant*
Saratoga Data Systems, Inc.

## **ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED

Dated this 17th day of August, 2016.

_____
Hon. Phyllis J. Hamilton
Chief United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIP & PRO ORD TO MODIFY BRIEFING SCHEDULE                    2
FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
4:16-cv-02406-PJH

1

**FILER'S ATTESTATION**

2

Pursuant to Civil Local Rule 5-1(i)(3), I, Jeffrey S. Love, attest that concurrence in the

3

filing of this document has been obtained from each of the signatories listed above.

4

5

                            */s/   Jeffrey S. Love*
                            Jeffrey S. Love

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**CERTIFICATE OF SERVICE**

I hereby by certify that on August 16, 2016, I caused the above document to be served on Defendant Saratoga Data Systems, Inc. by filing with the Court's ECF system.

*/s/ Jeffrey S. Love*
Jeffrey S. Love